**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1993

SHARON THOMAS,

            Plaintiff - Appellant,

      v.

DAVIS M. PARKER, The University of North Carolina at Chapel
Hill, Registered Agent; ZACONJIA C. TITUS, Social Worker;
BONNIE B. HAMMERSLEY, Orange County Government, Registered
Agent, Department of Social Services; DENISE SHAFFER, Orange
County Department of Social Services, Assistant Director;
DUSTON LOWELL, Orange County Government, Program Manager;
MARY POWELL, Vanguard Professional Staffing, Registered
Agent; SUSAN BOYETTE,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen,
Senior District Judge. (3:16-cv-00482-GCM)

Submitted: January 17, 2017        Decided: January 19, 2017

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sharon Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Thomas appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>Thomas v. Parker</u>, No. 3:16-cv-00482-GCM (W.D.N.C. July 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>